To Whom it May Concern,

Over the last year and a half, I have been working through my probation and restitution diligently, and have been working at my job well. I have been living a healthy life, and am doing the best I can to be functional and stable. My therapy has been going well, and I am feeling much better than I was two years ago and continue to improve. It is my intent to continue seeking therapy, and to continue on with my work as I enjoy being able to be productive.

While I have been doing well, it has been difficult for me to be able to see family due to the fact that they live out on the East coast, and I cannot just go visit when I want. My nephew Noah was born last year, and I would really like to be able to freely see him so I can be an active part in his life. In addition, if I were not under travel restrictions it would make it more possible for me to take some of the load off my coworker in Idaho. If I was able to make trips over to Spokane more easily, as we have a number of customers there, and do not always have a lot of notice when something comes up, it would allow us to be more effective as a company, since right now he is the only one who can respond when something unexpected happens.

I have every intent on continuing to improve myself, pay off my debt, and will be doing so to the best of my abilities. I want to be free to pursue that, and spending time with my loved ones, here and back East.

Thank you,

Maeve Nota

*Maeve Nota*